UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Trustees of the New York City District Council
of Carpenters Pension Fund, Welfare Fund,
Annuity Fund, and Apprenticeship, Journeyman
Retraining, Education and Industry Fund et al.,
                                  Petitioners,

            -against-

Skyeco Group LLC,
                                  Respondent.
-----------------------------------------------------------X

19 CIVIL 7608 (LGS)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 3, 2019, Petitioners' motion for confirmation of the Award is granted; Petitioners are entitled to a total of $4,824.27, consisting of late payment interest of $1,648.18, arbitration court costs of $400, arbitrator fees of $500, attorneys' fees in relation to arbitration of $1,500, pre-judgment interest of $133.09, attorneys' fees in relation to the petition of $568 and costs of $75. Post-judgment interest on the entire amount of the judgment will accrue from the date the judgment is entered at the rate provided by 28 U.S.C. § 1961(a); accordingly, this case is closed.

**Dated**: New York, New York
         December 4, 2019

                                                RUBY J. KRAJICK
                                                Clerk of Court
                                 BY:
                                                Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/4/2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/2019